**Fill in this information to identify the case**

**Debtor 1** Emmanuel Magna

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** NORTHERN **District of** IL
                                                                          **(State)**

**Case number** 15-01373

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:  Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Last 4 digits** of any number you use to identify the debtor's account: 0322

**Property address:** 27 Hunter Drive
                                  Number            Street

Montgomery   IL   60538
City                             State         Zip Code

**Court claim no.** (if known):

3

### Part 2:  Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:     02/01/2020
                                                                                          MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:              (b) $_____

c. Total. Add lines a and b.                                                                           (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/____
                                                                                                        MM/DD/YYYY

Form 4100R                          **Response to Notice of Final Cure Payment**                          page **1**

19-011233_CJP

Debtor 1 ____Emmanuel Magna_____   Case number (if known) 15-01373_____
        First Name      Middle Name      Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Umair Malik                              Date   January 23, 2020
   Signature

Print:   Umair Malik                            Title   Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
      Number     Street

      Columbus OH  43216-5028
      City     State     ZIP Code

Contact phone   614-220-5611                    Email   amps@manleydeas.com

19-011233_CJP

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL  60532, mcguckin_m@lislel3.com

David H Cutler, Attorney for Emmanuel Magana, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL  60076, cutlerfilings@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January  23, 2020:

Emmanuel Magana, 2243 Rebecca Circle, Montgomery, IL  60538

Emmanuel Magana, 27 Hunter Drive, Montgomery, IL  60538

/s/ Umair Malik

19-011233_CJP